# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| KAYLA LUELLA TAYLOR,<br>      Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>      Defendant. | )<br>)<br>)<br>)  Case Number:  4:23-CV-00195-WJE<br>)<br>)<br>)<br>)<br>)<br>) |

## CLERK'S JUDGMENT

\_\_\_   Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

x   Decision by Court.

IT IS, THEREFORE, ORDERED that the decision of the ALJ is reversed, and this case is remanded to the Acting Commissioner pursuant to sentence four of 42 U.S.C. §§ 405(g) and 1383(c)(3) for proper consideration of the Plaintiff's claim, and that a final judgment be entered, pursuant to Rule 58.

ENTERED ON: November 21, 2023

                                                      PAIGE WYMORE-WYNN
                                                      Court Clerk

                                                      *Angel L. Geiser*

                                                      (By) Deputy Clerk